In the Matter of the Claim of CHARLES KAPLOWITZ, Respondent, against WHITEHOUSE WET WASH LAUNDRY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 21, 1948; decided November 24, 1948.

*John M. Cullen* for Special Fund for Reopened Cases, appellant.

*Nathaniel L. Goldstein, Attorney-General (Theodore M. Schwartz* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

ANGELA RAVAUD, Appellant, *v.* JEAN RAVAUD, Respondent.

Submitted October 22, 1948; decided November 24, 1948.